GENERAL DRY BATTERIES, INC. *v.* UNITED STATES

**No. 4385.**—Invoice dated Toronto, Canada, September 13, 1937.
Certified September 13, 1937.

Entered at Detroit, Mich., September 16, 1937.
Entry No. 2353.

(Decided September 15, 1938)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.

*Charles D. Lawrence,* Acting Assistant Attorney General (*Richard E. FitzGibbon,* special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the dutiable value of the merchandise here involved to be $2,594; that is the appraised value $2,801, less 8 per centum Canadian sales tax of $207.48; said dutiable value being the foreign-market value of the merchandise, no export value being higher on the date of exportation thereof from Canada, the country of exportation.

Judgment will be rendered accordingly.